CUMMINS & WHITE, LLP
Larry M. Arnold, P.C. (Bar No. 060459)
E-mail:  larnold@cwlawyers.com
Eric M. Khodadian (Bar No. 288146)
E-mail:  ekhodadian@cwlawyers.com
Jiaying Li (Bar No. 348582)
E-mail:  jli@cwlawyers.com
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660-0764
Telephone: (949) 852-1800
Fax: (949) 852-8510

STEWART | SMITH
Marc R. Kamin, Esq. (Admitted *pro hac vice*)
MKamin@StewartSmithLaw.com
300 Four Falls Corporate Center, Suite 670
300 Conshohocken State Road
West Conshohocken, PA 19428
(T) 484.589.5506
(F) 484.534.9470

Attorneys for Plaintiff MANUFACTURERS ALLIANCE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUFACTURERS ALLIANCE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JAMES RIVER INSURANCE COMPANY; SAMVEL HOVHANNISYAN; UBER USA, LLC; UBER TECHNOLOGIES, INC.; 724 LUX LIMO; MARINE ARAKELYAN; and SANDRA DENTON, <br><br> Defendants. <br><br> JAMES RIVER INSURANCE COMPANY <br><br> Counterclaimant <br><br> v. <br><br> MANUFACTURERS ALLIANCE INSURANCE COMPANY <br><br> Counter-defendant | CASE NO.: 2:21-cv-09224-DMG-MAR <br><br> **ORDER ON STIPULATION OF DISMISSAL [88]** <br><br> [Concurrently Filed with Stipulation for Dismissal] |

-1-
ORDER ON STIPULATION OF DISMISSAL

|W601|2549786.DOCX;2|

## ORDER OF DISMISSAL

**WHEREAS**, the Parties to this action, acting though counsel of record hereby stipulate to the dismissal of this action pursuant to FRCP 41(a)(1), with prejudice, with each party to bear its own attorneys fees and costs.

**GOOD CAUSE SHOWING, IT IS HEREBY ORERED** that the above-entitled action is hereby dismissed with prejudice in its entirety and with each party to bear its or their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** that the Court hereby reserves jurisdiction to enforce the Settlement Agreement pursuant to its inherent power as recognized in *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 378, 114 S. Ct. 1673, 1676, 128 L. Ed. 2d 391 (1994) and pursuant to California Code of Civil Procedure § 664.6 which applies to this action under the Erie Doctrine.

**IT IS SO ORDERED**.

Dated: December 26, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE